# Court of Appeals, State of Michigan

## ORDER

Quality Market v City of Detroit Board of Zoning Appeals

Docket No. 346014

LC No. 18-003838-AV

Karen M. Fort Hood
Presiding Judge

Deborah A. Servitto

Mark T. Boonstra
Judges

The Court orders that the December 17, 2019 opinion is hereby AMENDED to correct a clerical error. On page 3 of the opinion, the second sentence of the last paragraph is corrected to read: "Quality Market did not file its appeal until April 6, 2018."

In all other respects, the December 17, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 2 0 2019

_____
Date

_____
Chief Clerk